1

2

3

4

5            **UNITED STATES DISTRICT COURT**

6              **DISTRICT OF NEVADA**

7

8    LISA SPEARMAN,                        )
                                           )
9              Plaintiff,                  )      Case No. 2:12-cv-00960-MMD- GWF
                                           )
10   vs.                                   )      **REPORT AND**
                                           )      **RECOMMENDATION**
11                                         )
     STEVE BURDICK,                        )
12                                         )
               Defendants.                 )
13   _____)

14          On July 9, 2012, the Court entered an Order (#2), denying without prejudice Plaintiff's

15   Application to Proceed in Forma Pauperis (#1), and granting Plaintiff thirty days to submit a

16   completed application or pay the $350 filing fee.  Plaintiff has not payed the required fee or

17   submitted a completed application and affidavit in support of her request to proceed in forma

18   pauperis.  The Court therefore recommends that Plaintiff's Complaint be dismissed without

19   prejudice for failure to comply with the Court's Order (#2).  Accordingly,

20                        **RECOMMENDATION**

21          **IT IS HEREBY RECOMMENDED** that Plaintiff's Complaint (#1-1) be **dismissed**

22   without prejudice for failure to comply with the Court's Order (#2).

23                            **NOTICE**

24          Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be

25   in writing and filed with the Clerk of the Court within fourteen (14) days.  The Supreme Court has

26   held that the courts of appeal may determine that an appeal has been waived due to the failure to

27   file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit

28   has also held that (1) failure to file objections within the specified time and (2) failure to properly

1  address and brief the objectionable issues waives the right to appeal the District Court's order

2  and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153,

3  1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

4        DATED this 15th day of August, 2012.

6  _____
GEORGE FOLEY, JR.

7  United States Magistrate Judge